In the Matter of the Probate of the Will of John C. Cassidy, Deceased.

Juliette B. Bevington, Individually and as Executrix of John C. Cassidy, Deceased, Appellant; Edward R. Cassidy et al., Respondents.

(Submitted September 30, 1935; decided October 8, 1935.)

*Edouard L. Dunne* and *Henry F. Cochrane* for motion.
*George J. Hatt, 2d*, and *John T. Cahill* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.